UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**SHABOYD PIERRE CANNON**             **CIVIL ACTION**

**VERSUS**
                                      **NO. 17-527-SDD-RLB**
**SOUTHERN UNIVERSITY
SUPERVISORS**

**ORDER**

This matter is before the court on a motion by plaintiff's counsel Mr. Willie M. Zanders to withdraw as counsel of record for plaintiff (R. Doc. 36). Counsel requests an order permitting him to withdraw as counsel of record for plaintiff Shaboyd Pierre Cannon.

Plaintiff's counsel states in the motion to withdraw as counsel of record (R. Doc. 36) that counsel desires to withdraw as attorney for plaintiff and has the consent of both Mr. Cannon and Opposing Counsel for the filing and granting of this motion as stated in the Rule 7(e) certificate included in the motion.

Plaintiff's counsel has complied with Local Rule 83(b)(13) by including in the motion the present address of plaintiff. However, although the motion includes some information about the status of the case, it does not state that plaintiff Shaboyd Pierre Cannon was notified of all pending deadlines by certified mail, with a copy of the Court's scheduling order attached. In addition, although the motion is accompanied by a certificate of service, the certificate does not indicate that the motion was served on the client by **certified mail** or contain an affidavit stating why service has not been made, as required by 83(b)(13). It states that the motion was sent to

the plaintiff via email on June 11, 2018.  In addition, the motion to withdraw does not contain the plaintiff's current telephone number.

In addition the Court received a telephone call from the plaintiff requesting an in person conference with the Court and the plaintiff's counsel or a hearing on the motion to withdraw as counsel before the Court rules on the motion to withdraw.   Accordingly,

IT IS ORDERED that a hearing on the Motion to Withdraw as Plaintiff's Counsel (R. Doc. 36) is hereby set for **July 10, 2018 at 10:00 a.m.** in Courtroom 6 before United States Magistrate Judge Richard L. Bourgeois, Jr.  Attorney Zanders shall inform Mr. Cannon of this proceeding and provide him with a copy of this Order.

Signed in Baton Rouge, Louisiana, on June 20, 2018.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**